IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Aileen Reed, | ) | C/A No.: 3:16-2334-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Robert McDonald, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Aileen Reed ("Plaintiff"), proceeding pro se, filed this employment discrimination complaint against Robert McDonald, Secretary, Department of Veterans Affairs. On June 30, 2016, the court ordered Plaintiff to provide the service documents necessary to advance her case, and to write a short and plain statement of her claim. [ECF No. 8]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court filed a second order on July 27, 2016, and ordered Plaintiff to provide the service documents necessary to advance her case, and to write a short and plain statement of her claim. [ECF No. 12]. Plaintiff was again warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on August 22, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

1

IT IS SO ORDERED.

August 25, 2016                              Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge