AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Aileen Reed, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.   3:16-cv-02334-JFA-SVH |
| Robert McDonald; Secretary, Department of Veterans Affairs, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, Aileen Reed, shall take nothing of the defendant, Robert McDonald, and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:  August 25, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/M. Walker

                                                          *Signature of Clerk or Deputy Clerk*